FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARRY K. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC et al,<br><br>    Defendant. | No. 2:17-CV-0055-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 14, 2017, the parties filed a Stipulation of the Parties for Dismissal with Prejudice, ECF No. 8. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.** The parties' Stipulation of the Parties for Dismissal with Prejudice, **ECF No. 8**, is **GRANTED.**

    **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.** All pending motions are **DENIED AS MOOT.**

    **4.** All hearings and other deadlines are **STRICKEN.**

    **5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of April 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2